TERRY ANDERLINI, Esq. (SBN 044783)
tanderlini@amlawoffice.com
G. CHRIS ANDERSENE, Esq. (SBN 289008)
candersen@amlawoffice.com
ANDERLINI & McSWEENEY LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081
Attorneys for Plaintiffs
Carlos Antonio Porras and Brittany Rios

ANTHONY T. CASE, Esq. (SBN 149583)
FARMER CAE & FEDOR
402 W. Broadway Suite 1100
San Diego, California 92101-8542
Telephone: (619) 338-0300
Facsimile: (619) 338-0180
Attorney for Counter-Defendant Carlos Porras

FRANCIS J. TORRENCE, Esq. (SBN 1546653)
Francis.Torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Attorneys for Defendants and Counterclaimant
Trans Net Freight, Ltd. and Mohammed Juned Amodwala

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT, OAKLAND DIVISION

| | |
|---|---|
| CARLOS ANTONIO PORRAS; BRITTANY RIOS<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS NET FREIGHT, LTD.; MOHAMMED JUNED AMODWALA; and DOES 1 to 60, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 4:16-cv-04677 HSG<br><br>**STIPULATION AND REQUEST FOR AN ORDER MODIFYING CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER**<br><br>Jury Trial:　　October 1, 2018<br>Time:　　　　8:30 a.m.<br>Dept:　　　　Courtroom 2<br>Judge:　　　　Honorable Haywood S. Gilliam, Jr. |

1
Stipulation and ~~Proposed~~ Order
1977582v.1

Plaintiffs and Defendants, by and through their respective undersigned counsel of record, hereby submit the following Stipulation and Proposed Order for the Court's consideration.

The parties request that the Court issue a few modifications to the current Scheduling Order. The proposed and requested changes do not modify the Court's Pretrial Conference or the Trial dates. Rather, the proposed changes modify only certain discovery deadlines.

The parties believe that good cause exists for the Court to modify the pretrial discovery deadlines currently in place in this case. The original pretrial schedule was set with an accommodation for possible dispositive motions. The parties have concluded that, based upon the information known to date, they will not be bringing dispositive motions. Additionally, the parties remain engaged in fact discovery, some of which has been complicated by the location of witnesses in Canada. As such, the parties believe that the discovery dates can be modified so as to eliminate the time for dispositive motions while allowing more time to complete discovery. The modification of the deadlines will permit the parties to continue to move forward with discovery in this case, but the modified dates will not effect the Court's dates for a pretrial conference or for trial.

As such, the parties propose and request the following changes:

|  | **Current Schedule** | **Proposed Schedule** |
| --- | --- | --- |
| Completion of Fact Discovery: | March 23, 2018 | June 29, 2018 |
| Initial Expert Disclosures: | April 7, 2018 | July 16, 2018 |
| Rebuttal Expert Disclosures: | April 23, 2018 | August 3, 2018 |
| Completion of Expert Discovery: | May 7, 2018 | August 17, 2018 |
| Pretrial Conference: | September 18, 2018 | Same |
| Jury Trial: | October 1, 2018 | Same |

These proposed changes will allow the parties to complete discovery in a timely fashion without disrupting the Pretrial Conference and Trial dates. The parties are available to discuss these proposed changes if the Court wishes.

Respectfully, submitted.

Dated: March 28, 2018          ANDERLINI & McSWEENEY LLP

By:    */s/ G. Chris Andersen*
       G. Chris Andersen
       PLAINTIFFS CARLOS ANTONIO PORRAS;
       BRITTANY RIOS

Dated: March 28, 2018          FARMER CASE & FEDOR

By:    */s/Anthony T. Case*
       Anthony T. Case, Esq.
       Attorney for Counter-Defendant Carlos Porras

Dated: March 28, 2018          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    */s/ Francis Torrence*
       Francis Torrence
       Attorneys for Defendants
       TRANS NET FREIGHT, LTD. and
       MOHAMMED JUNED AMODWALA

# ~~[PROPOSED]~~ ORDER

The Court having reviewed the parties' Stipulation, and good cause appearing, hereby modifies the current Scheduling Order in this case with the above proposed discovery related deadlines.

IT IS SO ORDERED.

Dated: __March 28, 2018__

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE