# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT | OAKLAND DIVISION

| | |
|---|---|
| CARLOS ANTONIO PORRAS; BRITTANY RIOS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS NET FREIGHT, LTD.; MOHAMMED JUNED AMODWALA; and DOES 1 to 60, inclusive,<br><br>Defendants. | **CASE NO.: 4:16-cv-04677 HSG**<br>ASSIGNED TO DISTRICT JUDGE, HAYWOOD S. GILLIAM, JR. IN COURTROOM 2<br><br>ORDER<br><br><br>Action Filed: August 15, 2016<br>Trial Date:     October 01, 2018 |

Counsel for Counter-Defendant's request for Michele M. Messenger to appear telephonically for the Case Management Conference scheduled for July 10, 2018 at 2:00 p.m. before the Honorable Judge Haywood S. Gilliam, Jr., is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED

Dated: July 9, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

20.10018