| | |
|---|---|
| 1 | P. TERRY ANDERLINI, Esq. (SBN 044783) |
| | tanderlini@amlawoffice.com |
| 2 | G. CHRIS ANDERSEN, Esq. (SBN 289008) |
| | candersen@amlawoffice.com |
| 3 | ANDERLINI & McSWEENEY LLP |
| | 66 Bovet Road, Suite 285 |
| 4 | San Mateo, California 94402-3520 |
| | Telephone: (650) 212-0001 |
| 5 | Facsimile: (650) 212-0081 |
| | Attorneys for Plaintiffs |
| 6 | Carlos Porras and Brittany Rios |

ANTHONY T. CASE, Esq. (SBN 149583)
tcase@farmercase.com
FARMER CASE & FEDOR
402 W. Broadway, Suite 1100
San Diego, California 92101-8542
Telephone: (619) 338-0300
Facsimile: (619) 338-0180
Attorneys for Counter Defendant Carlos Porras

FRANCIS J. TORRENCE, Esq. (SBN 154653)
francis.torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Attorneys for Defendants and Counterclaimant
Trans Net Freight, Ltd. and Mohammed Juned Amodwala

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CARLOS ANTONIO PORRAS; BRITTANY RIOS | Case No.: 4:16-cv-04677 HSG |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| TRANS NET FREIGHT, LTD.; MOHAMMED JUNED AMODWALA; and DOES 1 to 60, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM | |

1     **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above captioned action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

Dated: August 31, 2018                    ANDERLINI & McSWEENEY LLP

                                     By:    /s/ G. Chris Andersen_____
                                                  G. CHRIS ANDERSEN
                                                  Attorneys for Plaintiffs CARLOS ANTONIO
                                                  PORRAS and BRITTANY RIOS

Dated: August 31, 2018                    FARMER CASE & FEDOR

                                     By:    /s/ Anthony T. Case_____
                                                  ANTHONY T. CASE
                                                  Attorneys for Counter-Defendant
                                                  CARLOS ANTONIO PORRAS

Dated: August 31, 2018                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                            DICKER LLP

                                       By:    /s/ Francis J. Torrence_____
                                                  FRANCIS J. TORRENCE
                                                  Attorneys for Defendants and Counter-Claimant
                                                  TRANS NET FREIGHT, LTD. and
                                                  MOHAMMED JUNED AMODWALA

**ORDER**

The Court, having reviewed the parties Stipulation of Dismissal and good cause appearing, hereby dismisses the above captioned action with prejudice pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

IT IS SO ORDERED

DATED: September 4, 2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE